IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| KENNETH LEE ROE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:05-CV-538 |
| | ) | |
| OAKMONT RESORT CONDOMINIUM | ) | |
| ASSOCIATION, INC., AND TREE TOPS | ) | |
| REAL ESTATE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

For the reasons stated in the memorandum opinion filed contemporaneously with this order, "Defendant's Motion to Dismiss" [doc. 5] is **DENIED**. Plaintiff's "Motion to Amend Complaint" [doc. 11] is **GRANTED**. Plaintiff shall file his amended complaint within 10 days of the entry of this order.

In addition, plaintiff's "Motion to Supplement Memorandum in Response to Defendant Oakmont Resort Condominium Association, Inc.'s Motion to Dismiss and in Support of Plaintiff's Motion to Amend the Complaint" [doc. 15] is **GRANTED**. Plaintiff may submit the right to sue letter pertaining to his Age Discrimination in Employment Act claim as Exhibit 4 to the amended complaint.

**IT IS SO ORDERED**.

                        ENTER:

                                              s/ Leon Jordan
                                      United States District Judge