IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

| | |
|---|---|
| KENNETH LEE ROE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 3:05-cv-538 |
| ) | |
| OAKMONT RESORT CONDOMINIUM ) | |
| ASSOCIATION, INC. ) | |
| ) | |
| Defendant. ) | |

## AGREED ORDER

Come now the parties, by and through counsel, and jointly move for an Order allowing the plaintiff to file a Second Amended Complaint. The purposes of the Second Amended Complaint are to correct certain clerical matters, delete any reference to Tree Tops Real Estate, Inc. since that party has been dismissed by agreement, and to make clear that the plaintiff is not seeking damages in the form of medical expenses incurred subsequent to his termination on January 22, 2005.

For good cause show, it is hereby ORDERED that the parties Joint Motion be, and it is hereby is GRANTED. The plaintiff shall file the Second Amended Complaint within ten (10) days of entry of this Order.

ENTER:

                                                s/ C. Clifford Shirley, Jr.
                                                C. Clifford Shirley, Jr.
                                                United States Magistrate Judge

APPROVED FOR ENTRY:


 s/Robert P. Murrian
Beecher A. Bartlett, Jr., (BPR #010198)
Robert P. Murrian (BPR #000866)
KRAMER RAYSON LLP
*Attorneys for Kenneth Roe*


 s/Christopher Denison by RPM w/permission
Christopher Denison (BPR #018361)
ALLEN, KOPET & ASSOCIATES, PLLC
*Attorneys for Oakmont Resort*
*Condominium Association, Inc.*