UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| KENNETH LEE ROE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:05-CV-538 |
| ) | (Shirley) |
| OAKMONT RESORT CONDOMINIUM ) | |
| ASSOCIATION, INC., ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 29].

For the reasons set forth in the Memorandum Opinion filed simultaneously herewith, the Defendant's Motion for Summary Judgment [Doc. 56] is **DENIED**.

**IT IS SO ORDERED.**

                **ENTER:**

                 s/ C. Clifford Shirley, Jr.
                United States Magistrate Judge